UNITED STATES of America,
Plaintiff–Appellee,

v.

Gregory BABER, Defendant–Appellant.

No. 10–15457
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 4, 2012.

Steven E. Butler, John G. Cherry, Jr., Donna Barrow Dobbins, Eugene Seidel, Assistant U.S. Attorney, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Gordon G. Armstrong, III, Gordon G. Armstrong, III, PC, Mobile, AL, for Defendant–Appellant.

Gregory Baber, Beaver, WV, pro se.

Before TJOFLAT, MARCUS and FAY, Circuit Judges.

PER CURIAM:

Gordon G. Armstrong, III, appointed counsel for Gregory Baber, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

Baber's convictions and sentences are **AFFIRMED.**